

# NUMBER 13-14-00336-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DAVID ALVAREZ,                                                    Appellant,

## v.

THE STATE OF TEXAS,                                                Appellee.

On appeal from the 28th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Memorandum Opinion Per Curiam

Appellant, David Alvarez, by and through his attorney, has filed a motion to dismiss

his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a).

Without passing on the merits of the case, we grant the motion to dismiss pursuant to

Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed

the appeal at appellant's request, no motion for rehearing will be entertained, and our

mandate will issue forthwith.

PER CURIAM

Do not publish.   *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of June, 2014.